**STEVEN P. COHN, ESQ.   SBN 96808**
ADVOCACY CENTER FOR EMPLOYMENT LAW
2084 Alameda Way
San Jose, California  95126
Telephone:  (408) 557-0300
Facsimile: (408) 557-0309

Attorneys for Plaintiff
FRANK FERREYRA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| FRANK FERREYRA,<br><br>    Plaintiff,<br><br>vs.<br><br>GOOD SAMARITAN HOSPITAL, L.P., et al.,<br><br>    Defendants | Case No.  C07 02581 HRL<br><br>**ADR CERTIFICATION** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: August 8, 2007             /s/
                                  FRANK FERREYRA, Plaintiff

Dated: August 7, 2007             ADVOCACY CENTER FOR EMPLOYMENT LAW

                                  By:       /s/
                                      STEVEN P. COHN, ESQ., Attorneys for
                                      Plaintiff FRANK FERREYRA