1  **STEVEN P. COHN, ESQ.   SBN 96808**
   ADVOCACY CENTER FOR EMPLOYMENT LAW
2  2084 Alameda Way
   San Jose, California  95126
3  Telephone:  (408) 557-0300
   Facsimile: (408) 557-0309
4
   Attorneys for Plaintiff
5  FRANK FERREYRA

6
                    UNITED STATES DISTRICT COURT
7
                   NORTHERN DISTRICT OF CALIFORNIA
8
                        (SAN JOSE DIVISION)
9

10 | FRANK FERREYRA,                         | Case No.  C07 02581 HRL |
   |                                         |                         |
11 |         Plaintiff,                      |                         |
   |                                         | **CONSENT TO PROCEED BEFORE A** |
12 |    vs.                                  | **UNITED STATES MAGISTRATE**    |
   |                                         | **JUDGE**                       |
13 | GOOD SAMARITAN HOSPITAL, L.P., et al.,  |                         |
14 |                                         |                         |
   |         Defendants                      |                         |
15

16      In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

17 hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

18 proceedings in the case, including trial, and order the entry of final judgment.  Appeal from the

19 judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

20

21 Dated: August 7, 2007              ADVOCACY CENTER FOR EMPLOYMENT LAW

22                                    By:_____/s/_____
                                         STEVEN P. COHN, ESQ., Attorneys for
23                                       Plaintiff FRANK FERREYRA

24

25

26

27

28