1  **STEVEN P. COHN, ESQ.   SBN 96808**
   ADVOCACY CENTER FOR EMPLOYMENT LAW
2  2084 Alameda Way
   San Jose, California  95126
3  Telephone:  (408) 557-0300
   Facsimile: (408) 557-0309
4
   Attorneys for Plaintiff
5  FRANK FERREYRA

6
                    UNITED STATES DISTRICT COURT
7
                   NORTHERN DISTRICT OF CALIFORNIA
8
                        (SAN JOSE DIVISION)
9

10 | FRANK FERREYRA,                        Case No.  C07 02581 HRL

11 |        Plaintiff,
                                           **DECLARATION OF STEVEN P. COHN**
12 |    vs.                                 **RE: ADR CERTIFICATION**

13 | GOOD SAMARITAN HOSPITAL, L.P., et
   | al.,
14
   |        Defendants
15

16        I, STEVEN P. COHN, have knowledge of and am competent to testify to the following:

17        I am counsel for Plaintiff Frank Ferreyra in the above-captioned action and I have obtained

18 Plaintiff's signature on a copy of the ADR Certification in this action, which document is being

19 electronically filed herewith by my office on this date.

20        I declare under penalty of perjury that the foregoing is true and correct.

21        Executed this 8th day of August, 2007, at San Jose, California.

22                                                          /S/
                                                      STEVEN P. COHN
23

24

25

26

27

28