**STEVEN P. COHN, ESQ.   SBN 96808**
ADVOCACY CENTER FOR EMPLOYMENT LAW
2084 Alameda Way
San Jose, California  95126
Telephone:  (408) 557-0300

Attorneys for Plaintiff
FRANK FERREYRA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANK FERREYRA,<br><br>        Plaintiff,<br><br>   vs.<br><br>GOOD SAMARITAN HOSPITAL, LP, et al,<br><br>        Defendants | Case No.  C0702581 HRL<br><br>**PLAINTIFF'S CASE MANAGEMENT STATEMENT; PROPOSED ORDER**<br><br>Date: August 21, 2007<br>Time: 1:30<br>Courtroom: 2<br>Hon. Howard R. Lloyd presiding |

Plaintiff submits this Case Management Statement and requests the Court to adopt it as its Case Management Order in this case.

1.     Jurisdiction and Service: Plaintiff's claims are premised upon federal question subject matter jurisdiction, at least one Defendant's principal place of business is within this Court's jurisdiction, and said Defendant union's authorized officers or agents are engaged in representing employee members in the City of San Jose.  The Complaint was recently amended and has been served on all Defendants.

2.     Facts: Plaintiff was employed by Defendant GOOD SAMARITAN HOSPITAL ("GSH") and co-employer Defendant HOSPITAL CORPORATION OF AMERICA ("HCA") for 19 years as a Radiology Technician.  Plaintiff was a member of the Defendant union, ENGINEERS AND SCIENTISTS OF CALIFORNIA, LOCAL 20, INTERNATIONAL FEDERATION OF PROFESSIONAL AND TECHNICAL ENGINEERS, AFL-CIO & CLC, ("ESC"), and Plaintiff was an intended third party beneficiary of a written Bargaining Agreement between Defendants GSA, HCA and ESC.  Plaintiff alleges that Defendants GSA and HCA breached said Agreement by wrongfully terminating Plaintiff's employment on or about August 9, 2006 without good and just

cause. Plaintiff further alleges Breach of Duty of Fair Representation against the union Defendant, ESC, for abandoning Plaintiff's grievance of said termination on or about November 17, 2006 without arbitrating same. The principal factual issues which the parties dispute are undetermined.

3. <u>Legal Issues</u>: The principal legal issues which the parties dispute are undetermined.

4. <u>Motions</u>: There are no prior, pending or presently anticipated motions.

5. <u>Amendment of the Pleadings</u>: Future amendments are undetermined.

6. <u>Evidence Preservation:</u> Plaintiff has sent a written Legal Hold Demand notice to Defendant GSH requiring that all evidence, including electronically recorded material, be preserved.

7. <u>Disclosures</u>: Disclosures are to be completed following Defendants' appearance in the action.

8. <u>Discovery</u>: Discovery has not commenced and the parties are to determine a discovery plan following Defendants' appearance in the action.

9. <u>Class Actions</u>: Not applicable.

10. <u>Related Cases</u>: Not applicable.

11. <u>Relief</u>: Plaintiff seeks reinstatement, back pay and damages in amounts according to proof.

12. <u>Settlement and ADR</u>: Plaintiff is amenable to mediation and Early Neutral Evaluation.

13. <u>Consent to Magistrate Judge For All Purposes</u>: Plaintiff has filed his Consent to Proceed Before a United States Magistrate Judge.

14. <u>Other References</u>: This case is not suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

15. <u>Narrowing of Issues</u>: Unknown at this time.

16. <u>Expedited Schedule</u>: This case is not appropriate to be handled on an expedited basis with streamlined procedures.

17. <u>Scheduling</u>: Appropriate proposed dates for designation of experts, discovery cutoff, hearing of dispositive motions, pretrial conference, and trial are unknown at this time.

18. <u>Trial</u>: Plaintiff requests a jury trial. Expected length of trial is unknown at this time.

19. <u>Disclosure of Non-party Interested Entities or Persons</u>: Plaintiff has not filed the "Certification of Interested Entities or Persons," and anticipates filing same prior to the August 21, 2007 Case Management Conference. Plaintiff is unaware of any persons, firms, partnerships, corporations, or other entities to have either (i) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding, other than Plaintiff and Defendants.

Dated: August 15, 2007         ADVOCACY CENTER FOR EMPLOYMENT LAW

By: _____/s/_____
STEVEN P. COHN, ESQ., Attorneys for Plaintiff
FRANK FERREYRA

**CASE MANAGEMENT ORDER**

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this order. In addition the Court orders:

Dated: _____

Hon. HOWARD R. LLOYD,
UNITED STATES DISTRICT COURT JUDGE