**United States District Court**
For the Northern District of California

1

2

3
*E-filed 8/15/07*

4

5

6
NOT FOR CITATION

7
IN THE UNITED STATES DISTRICT COURT

8
FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
SAN JOSE DIVISION

10
FRANK FERREYRA,

11
                    Plaintiff,                          Case No. C07-02581 HRL

12
         v.                                             **CLERK'S NOTICE CONTINUING CASE
                                                        MANAGEMENT CONFERENCE**

13
GOOD SAMARITAN HOSPITAL, et. al.,

14
                    Defendants.

15
_____/

16

17
         PLEASE TAKE NOTICE THAT the Case Management Conference, originally set for

August 21, 2007 at 1:30 p.m., is reset for **September 18, 2007 at 1:30 p.m** in Courtroom 2, 5th

18
floor of the United States District Court, San Jose.  The parties' joint case management

19
conference statement shall be filed no later than **September 11, 2007**.

20

21
Dated:      8/15/07                                     _____/s/  KRO_____

22
                                                        Chambers of Magistrate Judge Howard R. Lloyd

23

24

25

26

27

28

1    THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

2

3    Steven Paul Cohn spcohnlaw@aol.com

4

5    Dated: 8/15/07

6                                        _____/s/  KRO_____

                                         Chambers of Magistrate Judge Howard R. Lloyd
7

8

9

10

**United States District Court**
For the Northern District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28