**STEVEN P. COHN, ESQ.   SBN 96808**
ADVOCACY CENTER FOR EMPLOYMENT LAW
2084 Alameda Way
San Jose, California  95126
Telephone:  (408) 557-0300
Facsimile: (408) 557-0309

Attorneys for Plaintiff
FRANK FERREYRA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| FRANK FERREYRA,<br><br>          Plaintiff,<br><br>     vs.<br><br>GOOD SAMARITAN HOSPITAL, L.P., et al.,<br><br>          Defendants | Case No.  C07 02581 HRL<br><br>**CERTIFICATION OF NONPARTY INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: August 15, 2007                ADVOCACY CENTER FOR EMPLOYMENT LAW

                                         By:         **/s/ STEVEN P. COHN**
                                               STEVEN P. COHN, ESQ., Attorneys for
                                               Plaintiff FRANK FERREYRA