Jonathan H. Siegel  #78143
SIEGEL & LEWITTER
1939 Harrison Street, Suite 307
Oakland, California  94612
(510) 452-5000
(510) 452-5004 (fax)
firm@sl-employmentlaw.com

Attorneys for Defendant
Engineers and Scientists of California, Local 20

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| FRANK FERREYRA,<br><br>         Plaintiff,<br><br>   v.<br><br>GOOD SAMARITAN HOSPITAL, A CALIFORNIA LIMITED PARTNERSHIP; HOSPITAL CORPORATION OF AMERICA, INC.; ENGINEERS AND SCIENTISTS OF CALIFORNIA, LOCAL 20, INTERNATIONAL FEDERATION OF PROFESSIONAL AND TECHNICAL ENGINEERS, AFL-CIO & CLC; and DOES 1 through 50, inclusive,<br><br>         Defendants.<br>_____ | Case No. C07 02581 HRL<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment.  Appeal

///

///

*Siegel & LeWitter*

1939 Harrison Street
Suite 307
Oakland, CA  94612
(510) 452-5000
(510) 452-5004 (fax)

UAW Local 2320

1 | from the judgment shall be taken directly to the United States Court of Appeals for the Ninth
2 | Circuit.

4 | DATED: September 4, 2007                    SIEGEL & LEWITTER

6 | By: _____/s/   Jonathan H. Siegel_____
       Jonathan H. Siegel

Attorneys for Defendant,
Engineers and Scientists,
Local 20

*Siegel &*
*LeWitter*

*1939 Harrison Street*
*Suite 307*
*Oakland, CA  94612*
*(510) 452-5000*
*(510) 452-5004 (fax)*

*UAW Local 2320*

2
CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE  – Case No. C07 02581 HRL