Jonathan H. Siegel #78143
SIEGEL & LEWITTER
1939 Harrison Street, Suite 307
Oakland, California 94612
(510) 452-5000
(510) 452-5004 (fax)
firm@sl-employmentlaw.com

Attorneys for Defendant
Engineers and Scientists of California, Local 20

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| FRANK FERREYRA,<br><br>  Plaintiff,<br><br>  v.<br><br>GOOD SAMARITAN HOSPITAL, A CALIFORNIA LIMITED PARTNERSHIP; HOSPITAL CORPORATION OF AMERICA, INC.; ENGINEERS AND SCIENTISTS OF CALIFORNIA, LOCAL 20, INTERNATIONAL FEDERATION OF PROFESSIONAL AND TECHNICAL ENGINEERS, AFL-CIO & CLC; and DOES 1 through 50, inclusive,<br><br>  Defendants. | Case No. C07 02581 HRL<br><br>**CERTIFICATION OF NON-PARTY INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: September 4, 2007            SIEGEL & LEWITTER

                                    By:   /s/ Jonathan H. Siegel
                                              Jonathan H. Siegel

                                    Attorneys for Defendant,
                                    Engineers and Scientists of California,
                                    Local 20

*Siegel & LeWitter*
*1939 Harrison Street*
*Suite 307*
*Oakland, CA 94612*
*(510) 452-5000*
*(510) 452-5004 (fax)*

*UAW Local 2320*

---

1
CERTIFICATION OF NON-PARTY INTERESTED ENTITIES OR PERSONS –
Case No. C07 02581 HRL