1  **STEVEN P. COHN, ESQ.   SBN 96808**
   ADVOCACY CENTER FOR EMPLOYMENT LAW
2  2084 Alameda Way
   San Jose, California  95126
3  (408) 557-0300

4  Attorneys for Plaintiff
   FRANK FERREYRA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| FRANK FERREYRA, | Case No.  C07 02581 HRL |
|---|---|
| Plaintiff, | **MANUAL FILING NOTIFICATION** |
| vs. | |
| GOOD SAMARITAN HOSPITAL, LP., et al., | |
| Defendants | |

Regarding: <u>Proof of Service of Summons and Complaint on Defendant Engineers & Scientists of California, Local 20, International Federation of Professional & Technical Engineers, AFL-CIO & CLC</u>

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[<u>X</u>] Unable to Scan Documents

[_] Physical Object (description): _____
   _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[_] Item Under Seal

1  [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

2  [_] Other (description): _____
3  _____

4  Dated: September 7, 2007
                                        ADVOCACY CENTER FOR EMPLOYMENT LAW
5
6                                       By:      /s/Steven P. Cohn
                                        STEVEN P. COHN, ESQ., Attorneys for
7                                       Plaintiff FRANK FERREYRA

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28