**STEVEN P. COHN, ESQ.   SBN 96808**
ADVOCACY CENTER FOR EMPLOYMENT LAW
2084 Alameda Way
San Jose, California  95126
(408) 557-0300

Attorneys for Plaintiff
FRANK FERREYRA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| FRANK FERREYRA,<br><br>        Plaintiff,<br><br>    vs.<br><br>GOOD SAMARITAN HOSPITAL, LP., et al.,<br><br>        Defendants | **Case No.  C07 02581 HRL**<br><br>**MANUAL FILING NOTIFICATION** |

Regarding: <u>Proof of Service of Summons and Complaint on Defendant Hospital Corporation of America</u>

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[X] Unable to Scan Documents

[_] Physical Object (description): _____
    _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[_] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

MANUAL FILING NOTIFICATION                    1                    CASE NO.  C07 02581 HRL

1  [_] Other (description): _____
2  _____

3  Dated: September 7, 2007

                                             ADVOCACY CENTER FOR EMPLOYMENT LAW

                                             By:   /s/Steven P. Cohn
                                             STEVEN P. COHN, ESQ., Attorneys for
                                             Plaintiff FRANK FERREYRA

MANUAL FILING NOTIFICATION                            2                              CASE NO.  C07 02581 HRL