1 | **STEVEN P. COHN, ESQ.   SBN 96808**
ADVOCACY CENTER FOR EMPLOYMENT LAW
2 | 2084 Alameda Way
San Jose, California  95126
3 | (408) 557-0300

4 | Attorneys for Plaintiff
FRANK FERREYRA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| FRANK FERREYRA,<br><br>         Plaintiff,<br><br>    vs.<br><br>GOOD SAMARITAN HOSPITAL, LP., et al.,<br><br>         Defendants | **Case No.  C07 02581 HRL**<br><br><br>**MANUAL FILING NOTIFICATION** |

Regarding: <u>Proof of Service of Summons and Complaint on Defendant Good Samaritan Hospital</u>

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[X] Unable to Scan Documents

[_] Physical Object (description): _____
    _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[_] Item Under Seal
[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

---

MANUAL FILING NOTIFICATION                   1                   CASE NO.  C07 02581 HRL

1 | [_] Other (description): _____
2 | _____
3 | Dated: September 7, 2007
4 |                                    ADVOCACY CENTER FOR EMPLOYMENT LAW
5 |                                    By:  _____/s/Steven P. Cohn_____
6 |                                         STEVEN P. COHN, ESQ., Attorneys for
  |                                         Plaintiff FRANK FERREYRA

MANUAL FILING NOTIFICATION                         2                         CASE NO. C07 02581 HRL