1 **STEVEN P. COHN, ESQ.   SBN 96808**
ADVOCACY CENTER FOR EMPLOYMENT LAW
2 2084 Alameda Way
San Jose, California  95126
3 Telephone:  (408) 557-0300

4 Attorneys for Plaintiff
FRANK FERREYRA

6 **JONATHAN H. SIEGEL, ESQ. SBN 748143**
SIEGEL & LEWITTER
7 1939 Harrison Street, Suite 307
Oakland, California  94612
8 Telephone:  (510) 452-5000

9 Attorneys for Defendant ENGINEERS AND
SCIENTISTS OF CALIFORNIA, LOCAL 20,
10 INTERNATIONAL FEDERATION OF
PROFESSIONAL AND TECHNICAL ENGINEERS,
11 AFL-CIO & CLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANK FERREYRA,<br><br>     Plaintiff,<br><br>vs.<br><br>GOOD SAMARITAN HOSPITAL, LP, et al,<br><br>     Defendants | Case No.  C0702581 HRL<br><br>**JOINT CASE MANAGEMENT STATEMENT; PROPOSED ORDER**<br><br>Date:  September 18, 2007<br>Time:  1:30<br>Courtroom: 2<br>Hon. Howard R. Lloyd presiding |

Plaintiff FRANK FERREYRA and Defendant ENGINEERS AND SCIENTISTS OF CALIFORNIA, LOCAL 20, INTERNATIONAL FEDERATION OF PROFESSIONAL AND TECHNICAL ENGINEERS, AFL-CIO & CLC, ("ESC"), jointly submit this Case Management Statement and request the Court to adopt it as its Case Management Order in this case.

1. <u>Jurisdiction and Service</u>: Plaintiff's claims are premised upon federal question subject matter jurisdiction, at least one Defendant's principal place of business is within this Court's jurisdiction, and said Defendant union's authorized officers or agents are engaged in representing employee members in the City of San Jose.  The Complaint was recently amended and has been

served on all Defendants.  Defendant ESC answered the First Amended Complaint on September 4, 2007, however, Defendants GOOD SAMARITAN HOSPITAL, LP, ("GSH"), and HOSPITAL CORPORATION OF AMERICA, INC., ("HCA") have not yet responded to the First Amended Complaint.

2. <u>Facts</u>: Plaintiff was employed by Defendant GSH and co-employer Defendant HCA for 19 years as a Radiology Technician.  Plaintiff was a member of a bargaining unit represented by Defendant ESC and subject to a collective bargaining agreement between Defendant ESC and Defendants GSA and HCA, which bargaining agreement Plaintiff claims was waived.  Plaintiff alleges that Defendants GSA and HCA breached said Agreement by wrongfully terminating Plaintiff's employment on or about August 9, 2006 without good and just cause.  Plaintiff further alleges Breach of Duty of Fair Representation against the union Defendant, ESC, for abandoning Plaintiff's grievance of said termination on or about November 17, 2006 without arbitrating same.  The principal factual issues which the parties dispute are undetermined.

3. <u>Legal Issues</u>: A principal legal issue which the parties dispute is whether Defendant ESC breached the duty of fair representation and whether the subject bargaining agreement requiring arbitration was waived.

4. <u>Motions</u>: There are no prior, pending or presently anticipated motions.

5. <u>Amendment of the Pleadings</u>: Future amendments are undetermined.

6. <u>Evidence Preservation:</u> Plaintiff has sent a written Legal Hold Demand notice to Defendant GSH requiring that all evidence, including electronically recorded material, be preserved.

7. <u>Disclosures</u>: Disclosures are to be completed following Defendants' appearance in the action.

8. <u>Discovery</u>: Discovery has not commenced and the parties are to determine a discovery plan following Defendants' appearance in the action.

9. <u>Class Actions</u>: Not applicable.

10. <u>Related Cases</u>: Not applicable.

11. <u>Relief</u>: Plaintiff seeks reinstatement, back pay and damages in amounts according to proof.

1   12.   Settlement and ADR:  Plaintiff and Defendant ESC are amenable to mediation and
2   Early Neutral Evaluation.
3   13.   Consent to Magistrate Judge For All Purposes: Plaintiff and Defendant ESC have
4   filed their Consent to Proceed Before a United States Magistrate Judge.
5   14.   Other References: This case is not suitable for reference to binding arbitration, a
6   special master, or the Judicial Panel on Multidistrict Litigation.
7   15.   Narrowing of Issues: Unknown at this time.
8   16.   Expedited Schedule: This case is not appropriate to be handled on an expedited basis
9   with streamlined procedures.
10  17.   Scheduling: Appropriate proposed dates for designation of experts, discovery cutoff,
11  hearing of dispositive motions, pretrial conference, and trial are unknown at this time.
12  18.   Trial: Plaintiff requests a jury trial.  Expected length of trial is unknown at this time.
13  19.   Disclosure of Non-party Interested Entities or Persons: Plaintiff and Defendant ESC
14  have filed their Certifications of Interested Entities or Persons.

Dated: September 11, 2007              ADVOCACY CENTER FOR EMPLOYMENT LAW

                                       By:          /s/ Steven P. Cohn
                                       STEVEN P. COHN, ESQ., Attorneys for Plaintiff
                                       FRANK FERREYRA


Dated: September 11, 2007              SIEGEL & LEWITTER

                                       By:          /s/ Jonathan H. Siegel
                                       JONATHAN H. SIEGEL, ESQ., Attorneys for
                                       Defendant ENGINEERS AND SCIENTISTS OF
                                       CALIFORNIA, LOCAL 20, INTERNATIONAL
                                       FEDERATION OF PROFESSIONAL AND
                                       TECHNICAL ENGINEERS, AFL-CIO & CLC

**CASE MANAGEMENT ORDER**

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this order. In addition the Court orders:

Dated: _____

Hon. HOWARD R. LLOYD,
UNITED STATES DISTRICT COURT JUDGE