*E-filed 9/12/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANK FERREYRA,<br><br>      Plaintiff,<br><br>  v.<br><br>GOOD SAMARITAN HOSPITAL, et. al.,<br><br>      Defendants.<br>_____ / | Case No. C07-02581 HRL<br><br>**CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE** |

    PLEASE TAKE NOTICE THAT the Case Management Conference, currently set for September 18, 2007 at 1:30 p.m, is reset for **October 23, 2007 at 1:30 p.m,** in Courtroom 2, 5th floor of the United States District Court, San Jose.  The parties' joint case management conference statement shall be filed no later than **October 16, 2007**.

Dated:    9/12/07                                          /s/  KRO
                                                                 Chambers of Magistrate Judge Howard R. Lloyd

1  THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

3  Steven Paul Cohn spcohnlaw@aol.com

4  Jonathan H. Siegel jsiegel@sl-employmentlaw.com, lsimpson@sl-employmentlaw.com, rbull@sl-employmentlaw.com

7  Dated: 9/12/07

/s/  KRO
Chambers of Magistrate Judge Howard R. Lloyd