NEDA N. DAL CIELO, State Bar CA 161982
MICHAEL W. WARREN, State Bar CA 223642
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street, 14th Floor
San Jose, CA  95113-2431
Telephone:    408.998.4150

Attorneys for Defendants
GOOD SAMARITAN HOSPITAL, L.P.; and HCA,
INC. (named as "HOSPITAL CORPORATION OF
AMERICAN, INC.")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANK FERREYRA,<br><br>              Plaintiff,<br><br>      v.<br><br>GOOD SAMARITAN HOSPITAL, a California Limited Partnership; HOSPITAL CORPORATION OF AMERICA, INC.; ENGINEERS AND SCIENTISTS OF CALIFORNIA, LOCAL 20, INTERNATIONAL FEDERATION OF PROFESSIONAL AND TECHNICAL ENGINEERS, AFL-CIO & CLC, and DOES 1 through 50, inclusive,<br><br>             Defendants. | Case No.  C-07-02581 HRL<br><br>**ANSWER OF DEFENDANT GOOD SAMARITAN HOSPITAL TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR DAMAGES** |

COME NOW Defendants Good Samaritan Hospital, Inc., and HCA, Inc., in response to Plaintiff's First Amended Complaint for Damages, answer as follows:

1.    Answering Paragraph 1 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, but upon information and belief allege that Plaintiff was a resident of the State of California.

ANSWER TO COMPLAINT                    1.
(CASE NO. C-07-02581 HRL)

1
2
     2.     Answering Paragraph 2 of the Complaint, Defendants admit the allegations contained therein.

3
4
     3.     Answering Paragraph 3 of the Complaint, Defendants deny each and every, all and singular, conjunctively and disjunctively, the allegations contained therein.

5
6
7
8
     4.     Answering Paragraph 4 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every, all and singular, conjunctively and disjunctively, the allegations contained therein.

9
10
11
12
     5.     Answering Paragraph 5 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every, all and singular, conjunctively and disjunctively, the allegations contained therein.

13
14
15
16
     6.     Answering Paragraph 6 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every, all and singular, conjunctively and disjunctively, the allegations contained therein.

17
18
19
20
21
22
23
     7.     Answering Paragraph 7 of the Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph, but upon information and belief allege that jurisdiction is proper pursuant to the Labor and Management Relations Act and that Plaintiff was at all relevant times a member of Engineers and Scientists of California, Local 20, and was employed pursuant to Defendant Good Samaritan Hospital's Collective Bargaining Agreement with Engineers and Scientists of California, Local 20.

24
25
26
27
     8.     Answering Paragraph 8 of the Complaint, Defendants are without sufficient information or belief to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every, all and singular, conjunctively and disjunctively, the allegations contained therein.

28
     9.     Answering Paragraph 9 of the Complaint, Defendants admit that Plaintiff

was employed by Defendant Good Samaritan Hospital for approximately 15 years as a Radiology Technician and further admit that at all relevant times was a member of Defendant Engineers and Scientists of California, Local 20. As to all remaining allegations of Paragraph 9, Defendants deny each and every, all and singular, conjunctively and disjunctively, the allegations contained therein.

10.    Answering Paragraph 10 of the Complaint, Defendants deny each and every, all and singular, conjunctively and disjunctively, the allegations contained therein, except that Defendants admit that Plaintiff was at all relevant times a member of Engineers and Scientists of California, Local 20, and was employed pursuant to Defendant Good Samaritan Hospital's Collective Bargaining Agreement with Engineers and Scientists of California, Local 20, and that such Agreement provides that an employee who is subject to the Collective Bargaining Agreement would not be discharged absent just cause or other legitimate reason.

11.    Answering Paragraph 11 of the Complaint, Defendants deny each and every, all and singular, conjunctively and disjunctively, the allegations contained therein.

12.    Answering Paragraph 12 of the Complaint, Defendants deny each and every, all and singular, conjunctively and disjunctively, the allegations contained therein.

13.    Answering Paragraph 13 of the Complaint, Defendants deny each and every, all and singular, conjunctively and disjunctively, the allegations contained therein.

14.    Answering Paragraph 14 of the Complaint, Defendants are without sufficient information or belief to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny each and every, all and singular, conjunctively and disjunctively, the allegations contained therein.

15.    Answering Paragraph 15 of the Complaint, Defendants are without sufficient information or belief to form a belief as to the truth of the allegations contained in said paragraph, but admit that Plaintiff was at all relevant times a member of Engineers and Scientists of California, Local 20, and was employed pursuant to Defendant Good Samaritan Hospital's Collective Bargaining Agreement with Engineers and Scientists of California, Local 20.

16.    Answering Paragraph 16 of the Complaint, Defendants are without

ANSWER TO COMPLAINT                -3-
(Case No. C-07-02581 HRL)

1   sufficient information or belief to form a belief as to the truth of the allegations contained in said
2   paragraph, and on that basis deny each and every, all and singular, conjunctively and
3   disjunctively, the allegations contained therein.

4           17.    Answering Paragraph 17 of the Complaint, Defendants are without
5   sufficient information or belief to form a belief as to the truth of the allegations contained in said
6   paragraph, and on that basis deny each and every, all and singular, conjunctively and
7   disjunctively, the allegations contained therein.

8           18.    Answering Paragraph 18 of the Complaint, Defendants are without
9   sufficient information or belief to form a belief as to the truth of the allegations contained in said
10  paragraph, and on that basis deny each and every, all and singular, conjunctively and
11  disjunctively, the allegations contained therein.

12          19.    Answering Paragraph 19 of the Complaint, Defendants are without
13  sufficient information or belief to form a belief as to the truth of the allegations contained in said
14  paragraph, and on that basis deny each and every, all and singular, conjunctively and
15  disjunctively, the allegations contained therein.

16          20.    Answering Paragraph 20 of the Complaint, Defendants are without
17  sufficient information or belief to form a belief as to the truth of the allegations contained in said
18  paragraph, and on that basis deny each and every, all and singular, conjunctively and
19  disjunctively, the allegations contained therein.

**AFFIRMATIVE DEFENSES**

FIRST SEPARATE AND AFFIRMATIVE DEFENSE

(Failure to State a Claim)

Plaintiff's Complaint and each cause of action thereof fails to state a claim upon which relief can be granted.

SECOND SEPARATE AND AFFIRMATIVE DEFENSE

(Statute of Limitations)

Plaintiff's claims are barred, in whole or in part, by the applicable statute of limitations, including but not limited to 29 U.S.C. § 160(b), as made applicable by *DelCostello v.*

1   *Teamsters*, 462 U.S. 151, 169-72 (1983), and the statute of limitations governing claims under

2   section 301 of the Labor and Management Relations Act ("LMRA").

3                          THIRD AND SEPARATE AFFIRMATIVE DEFENSE

4                                            (Preemption)

5          Defendants alleges that Plaintiff's employment with Defendant Good Samaritan

6   Hospital was at all times governed by and subject to the terms of a Collective Bargaining

7   Agreement, that his claims are preempted by 29 U.S.C. section 185 *et. seq.*

8                         FOURTH AND SEPARATE AFFIRMATIVE DEFENSE

9                              (Workers' Compensation Preemption)

10         Defendants allege that Plaintiff's claims are preempted by the California Workers'

11  Compensation Act, California Labor Code sections 3200 et. seq. and 3600 et. seq.

12                          FIFTH AND SEPARATE AFFIRMATIVE DEFENSE

13                                  (Failure to Exhaust Remedies)

14         Plaintiff's claims are barred, in whole or in part, because Plaintiff failed to exhaust

15  his contractual remedies under the applicable Collective Bargaining Agreement.

16                          SIXTH AND SEPARATE AFFIRMATIVE DEFENSE

17                                      (Legitimate Reasons)

18         Defendants allege that any and all actions taken with regard to Plaintiff, were with

19  just cause, in good faith, fair, honest, for legitimate business reasons and not as a pretext for

20  illegal actions.

21                        SEVENTH AND SEPARATE AFFIRMATIVE DEFENSE

22                                    (No Breach of Contract)

23         Defendants allege that any actions taken by Defendant with respect to Plaintiff do

24  not constitute a breach of the Collective Bargaining Agreement and that the employment actions

25  taken by Defendant, including Plaintiff's termination, were taken with just cause and in

26  accordance with the terms of the Collective Bargaining Agreement.

27                         EIGHTH AND SEPARATE AFFIRMATIVE DEFENSE

28                                   (After-Acquired Evidence)

ANSWER TO COMPLAINT                          -5-
(Case No. C-07-02581 HRL)

1    Defendants allege on information and belief, that any recovery by Plaintiff, or

2  alternatively, portions of any recovery, are barred by the doctrine of after-acquired evidence.

3                    NINTH AND SEPARATE AFFIRMATIVE DEFENSE

4                                (Equitable Defenses)

5    Plaintiff's claims are barred, in whole or in part, by the doctrines of estoppel,

6  waiver, forfeiture and/or unclean hands by reason of the conduct of Plaintiff and his respective

7  actions or communications to Defendants.

8                    TENTH AND SEPARATE AFFIRMATIVE DEFENSE

9                                (Failure to Mitigate)

10    Even if, *arguendo*, Plaintiff could establish a claim for damages, Plaintiff failed to

11  mitigate such damages, if any.

12                  ELEVENTH AND SEPARATE AFFIRMATIVE DEFENSE

13                               (Damages Causation)

14    Defendant alleges that any harm or damage allegedly suffered by Plaintiff was

15  caused by his own intentional and/or negligent acts and/or omissions.

16                   TWELFTH AND SEPARATE AFFIRMATIVE DEFENSE

17                               (Damages Set-Off)

18    Defendants allege that, without admitting that Plaintiff has suffered any damages,

19  to the extent Plaintiff has obtained income from other employment and other sources, any such

20  monies must be off set against any damages allegedly due Plaintiff from Defendant.

21                 THIRTEENTH AND SEPARATE AFFIRMATIVE DEFENSE

22                              (No Special Damages)

23    Defendants allege that, to the extent that there is any claim for special damages,

24  such relief is not available under Section 301 of the LMRA and/or Plaintiff has failed to state this

25  claim with sufficient specificity.

26                 FOURTEENTH AND SEPARATE AFFIRMATIVE DEFENSE

27                                   (Laches)

28    Defendants allege that Plaintiff's claims are barred by the doctrine of laches.

ANSWER TO COMPLAINT                    -6-
(Case No. C-07-02581 HRL)

1

## FIFTEENTH AND SEPARATE AFFIRMATIVE DEFENSE

2

### (Failure to Perform)

3    Defendants allege that Plaintiff has not performed all conditions and covenants of

4    any agreement with Defendants.

5

## SIXTEENTH AND SEPARATE AFFIRMATIVE DEFENSE

6

### (No Failure of Fair Representation)

7    Defendants allege that Plaintiff's claims are barred by his failure to establish that

8    the Union breached its duty of fair representation as required to state a claim under Section 301.

9    Defendants have not yet completed a thorough investigation and study or

10   completed discovery of all facts and circumstances of the subject matter of Plaintiff's claims, and

11   accordingly, reserve the right to amend, modify, revise, or supplement this answer, and to plead

12   such further defenses or take such further actions as Defendants may deem proper and necessary

13   in their defense upon the completion of said investigation and study

14   WHEREFORE, Defendants pray:

15        1.    That Plaintiff take nothing from his Complaint;

16        2.    That Defendants be awarded their costs of suit and attorneys' fees;

17        3.    That the Court order such other and further relief which it deems just and

18   proper.

19   Dated: September 12, 2007

20   _____/ s /_____
     NEDA N. DAL CIELO
21   LITTLER MENDELSON
     A Professional Corporation
22   Attorneys for Defendants
     GOOD SAMARITAN HOSPITAL, L.P.; and
23   HCA, INC

24

25

26

27

28

ANSWER TO COMPLAINT                    -7-
(Case No. C-07-02581 HRL)