1  NEDA N. DAL CIELO, State Bar CA 161982
   MICHAEL W. WARREN, State Bar CA 223642
2  LITTLER MENDELSON
   A Professional Corporation
3  50 West San Fernando Street, 14th Floor
   San Jose, CA  95113-2431
4  Telephone:    408.998.4150

5  Attorneys for Defendants
   GOOD SAMARITAN HOSPITAL, L.P.; and HCA,
6  INC. (named as "HOSPITAL CORPORATION OF
   AMERICAN, INC.")

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11 | FRANK FERREYRA,                              | Case No. C-07-02581 HRL
12 |         Plaintiff,                           | **DEFENDANTS' DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**
13 |     v.                                       |
14 | GOOD SAMARITAN HOSPITAL, a California Limited Partnership; HOSPITAL CORPORATION OF AMERICA, INC.; ENGINEERS AND SCIENTISTS OF CALIFORNIA, LOCAL 20, INTERNATIONAL FEDERATION OF PROFESSIONAL AND TECHNICAL ENGINEERS, AFL-CIO & CLC, and DOES 1 through 50, inclusive, |
19 |         Defendants.                          |
20

21

22      REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

23          The undersigned party in the above-captioned civil matter hereby declines to consent

24  to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby

25  requests the reassignment of this case to a United States District Judge.

26  ///

27  ///

28  ///

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
Fourteenth Floor
San Jose, CA  95113.2303
408.998.4150

**(No. C-07-02581 HRL)**                    DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

Dated: September 13, 2007

      / s /
NEDA N. DAL CIELO
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
GOOD SAMARITAN HOSPITAL, L.P.; and
HCA, INC.

Firmwide:83088891.1 022631.1059

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
Fourteenth Floor
San Jose, CA 95113.2303
408.998.4150

(No. C-07-02581 HRL)    2.    **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**