UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Frank Ferreyra,  
        Plaintiff,  
  v.  
Good Samaritan Hospital a California Limited Partnership, et.al.,  
        Defendants.  
                                             /

No. C07-02581

**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for October 23, 2007 at 1:30 pm. before the Honorable Judge Howard R. Lloyd has been continued to **October 29, 2007  at 10:00 a.m..**, before the Honorable Judge James Ware.  Parties are to appear in courtroom #8, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are to submit a Joint Case Management Statement on October 22, 2007.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5356, so as to take this matter off calendar.

Dated: September 14, 2007                              RICHARD W. WIEKING, Clerk  
                                                                                 United States District Court

                                                                  /s/*Patty Cromwell*  
                                                                   By: Patty Cromwell  
                                                                   Courtroom Deputy Clerk for  
                                                                   Magistrate Judge Howard R. Lloyd

*United States District Court*  
*For the Northern District of California*

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Steven Paul Cohn   spcohnlaw@aol.com

Neda N. DalCielo   ndalcielo@littler.com, lcunningham@littler.com, sbarnes@littler.com, snestor@littler.com

Jonathan H. Siegel   jsiegel@sl-employmentlaw.com, lsimpson@sl-employmentlaw.com, rbull@sl-employmentlaw.com