United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANK FERREYRA,                                    No. C 07-02581 JW

        Plaintiff(s),
                                                   CLERK'S NOTICE
  v.

GOOD SAMARITAN HOSPITAL, ET AL,

        Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference before Judge James Ware previously noticed for October 29, 2007 at 10:00 AM, has been reset to **November 19, 2007 at 10:00 AM** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The parties shall file a joint case management statement by November 9, 2007.

Dated: October 20, 2007

                                                  FOR THE COURT,
                                                  Richard W. Wieking, Clerk

                                       by:      /s/
                                              Elizabeth Garcia
                                              Courtroom Deputy