1  NEDA N. DAL CIELO, State Bar CA 161982
   MICHAEL W. WARREN, State Bar CA 223642
2  LITTLER MENDELSON
   A Professional Corporation
3  50 West San Fernando Street, 14th Floor
   San Jose, CA 95113-2431
4  Telephone:    408.998.4150

5  Attorneys for Defendants
   GOOD SAMARITAN HOSPITAL, L.P.; and HCA,
6  INC. (named as "HOSPITAL CORPORATION OF
   AMERICAN, INC.")
7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                           SAN JOSE DIVISION

11

12
   FRANK FERREYRA,                          Case No. C-07-02581 HRL
13
                   Plaintiff,               **DEFENDANTS' CERTIFICATION OF
14                                          INTERESTED ENTITIES OR PERSONS**

15         v.                               **[Local Rule 3-16]**

16  GOOD SAMARITAN HOSPITAL, a
    California Limited Partnership;
    HOSPITAL CORPORATION OF
17  AMERICA, INC.; ENGINEERS AND
    SCIENTISTS OF CALIFORNIA, LOCAL
18  20, INTERNATIONAL FEDERATION
    OF PROFESSIONAL AND TECHNICAL
19  ENGINEERS, AFL-CIO & CLC, and
    DOES 1 through 50, inclusive.
20
                   Defendants.
21

22

23         Defendants   Good   Samaritan   Hospital,   L.P.,   and   HCA,   Inc.,   submit   the   following

24  Certification of Interested Entities or Persons pursuant to United States District Court for the

25  Northern District of California, Local Rule 3-16:

26  ///

27  ///

28  ///

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
14th Floor
San Jose, CA 95113 2303
408.998.4150

**DEFENDANTS' CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS**

1     Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other

2 than the named parties, there is no such interest to report.

3 Dated: November 7, 2007

4

5
                                        _____
6                                       NEDA N. DAL CIELO
                                        MICHAEL W. WARREN
7                                       LITTLER MENDELSON
                                        A Professional Corporation
8                                       Attorneys for Defendants
                                        GOOD SAMARITAN HOSPITAL, L.P.; and
9                                       HCA, INC. (named as "HOSPITAL
                                        CORPORATION OF AMERICAN, INC.")

10

11   Firmwide:83545754.1 022631.1059

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113 2303
408 998 4150

2.

**DEFENDANTS' CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS**