1  **STEVEN P. COHN, ESQ.   CA SBN 96808**
   ADVOCACY CENTER FOR EMPLOYMENT LAW
2  2084 Alameda Way
   San Jose, California  95126
3  Telephone:  (408) 557-0300

4  Attorneys for Plaintiff
   FRANK FERREYRA
5

6  **JONATHAN H. SIEGEL, ESQ.  CA SBN 748143**
   SIEGEL & LEWITTER
7  1939 Harrison Street, Suite 307
   Oakland, California  94612
8  Telephone:  (510) 452-5000

9  Attorneys for Defendant ENGINEERS AND
   SCIENTISTS OF CALIFORNIA, LOCAL 20,
10 INTERNATIONAL FEDERATION OF
   PROFESSIONAL AND TECHNICAL ENGINEERS,
11 AFL-CIO & CLC

12 **NEDA N. DAL CIELO, ESQ. CA SBN 161982**
   **MICHAEL W. WARREN, ESQ.  CA SBN 223642**
13 LITTLER MENDELSON
   A Professional Corporation
14 50 West San Fernando Street, 14th Floor
   San Jose, CA 95113-2431
15 Telephone: (408) 998-4150

16 Attorneys for Defendants
   GOOD SAMARITAN HOSPITAL, LP
17 and HCA, INC. (named as HOSPITAL
   CORPORATION OF AMERICA, INC.)
18

19              UNITED STATES DISTRICT COURT

20          FOR THE NORTHERN DISTRICT OF CALIFORNIA

21                     SAN JOSE DIVISION

| | |
|---|---|
| FRANK FERREYRA,<br><br>Plaintiff,<br><br>vs.<br><br>GOOD SAMARITAN HOSPITAL, LP, et al,<br><br>Defendants | Case No.  C0702581 HRL-JW<br><br>**AMENDED JOINT CASE MANAGEMENT STATEMENT; PROPOSED ORDER**<br><br>Date:   November 19, 2007<br>Time:   10:00 a.m.<br>Courtroom: 8<br>Hon. James Ware presiding |

---

Amended Joint CMC Statement, Proposed Order        1        Case No. C0702581 HRL-JW

Plaintiff FRANK FERREYRA, Defendant ENGINEERS AND SCIENTISTS OF CALIFORNIA, LOCAL 20, INTERNATIONAL FEDERATION OF PROFESSIONAL AND TECHNICAL ENGINEERS, AFL-CIO & CLC, ("ESC"), and Defendants GOOD SAMARITAN HOSPITAL, LP, ("GHS") and HOSPITAL CORPORATION OF AMERICA, INC., ("HCA"), jointly submit this Amended Joint Case Management Statement and request the Court to adopt it as its Case Management Order in this case.

1. <u>Jurisdiction and Service</u>: Plaintiff's claims are premised upon federal question subject matter jurisdiction, at least one Defendant's principal place of business is within this Court's jurisdiction, and said Defendant union's authorized officers or agents are engaged in representing employee members in the City of San Jose. The First Amended Complaint has been served on all Defendants. Defendant ESC answered the First Amended Complaint on September 4, 2007, and Defendants GHS and HCA jointly answered the First Amended Complaint on September 13, 2007.

2. <u>Facts</u>: Plaintiff was employed by Defendant GSH for 19 years as a Radiology Technician. Plaintiff was a member of a bargaining unit represented by Defendant ESC and subject to a collective bargaining agreement between Defendant ESC and Defendant GHS, which bargaining agreement Plaintiff claims was waived. Plaintiff alleges that Defendants GHS and HCA breached said Agreement by wrongfully terminating Plaintiff's employment on or about August 9, 2006 without good and just cause. Plaintiff further alleges Breach of Duty of Fair Representation against the union Defendant, ESC, for abandoning Plaintiff's grievance of said termination on or about November 17, 2006 without arbitrating same. The principal factual issues which the parties dispute are undetermined.

3. <u>Legal Issues</u>: The threshold legal issues which the parties dispute are whether Defendant ESC breached the duty of fair representation and whether the subject bargaining agreement requiring arbitration was waived. The other legal issues which the parties dispute are whether Defendant GSH breached the Agreement by terminating Plaintiff's employment, whether Defendant HCA was a co-employer of Plaintiff, and whether Plaintiff was required to exhaust the grievance procedures in the Agreement prior to initiating this lawsuit against GSH and HCA.

4. <u>Motions</u>: There are no prior or pending motions. Defendants GSH and HCA

1 anticipate filing a Motion for Summary Judgment.

2     5.    <u>Amendment of the Pleadings</u>: Future amendments are undetermined.

3     6.    <u>Evidence Preservation:</u> Plaintiff has sent a written Legal Hold Demand notice to Defendant GHS requiring that all evidence, including electronically recorded material, be preserved.

5     7.    <u>Disclosures</u>: The parties agree to complete their initial disclosures within 60 days of the Initial Case Management Conference.

7     8.    <u>Discovery</u>: Discovery has not commenced. The parties agree to the following discovery plan:

All discovery (except from retained experts) will be commenced at such time to be completed by August 22, 2008. Discovery from experts shall be completed by September 5, 2008.

Maximum of eight depositions (other than expert witnesses) by Plaintiff and eight by Defendant ESC and eight by Defendants GSH and HCA (other than expert witnesses).

Maximum of 40 interrogatories by each party to any other party.

Maximum of 25 requests for admission by each party to any other party.

Each deposition, other than that of Plaintiff and any defense witness so designated by Plaintiff's counsel, shall be limited to a maximum of seven hours unless extended by agreement of the parties or by subsequent order of this Court by either party.

The parties shall designate their respective experts in writing by July 11, 2008. The date for exchange of rebuttal experts shall be on or before July 25, 2008.

All potentially dispositive motions should be filed by September 12, 2008.

Disclosures under Federal Rule of Civil Procedure 26(a)(3) will be due July 11, 2008. The parties will have 15 days after service of final list of witnesses and exhibits to list objections under Rule 26(a)(3).

25     9.    <u>Class Actions</u>: Not applicable.

26     10.    <u>Related Cases</u>: Not applicable.

27     11.    <u>Relief</u>: Plaintiff seeks reinstatement, back pay and damages in amounts according to proof.

1    12.    <u>Settlement and ADR</u>:  Plaintiff and Defendant ESC are amenable to mediation and
2 Early Neutral Evaluation.  Defendants GSH and HCA prefer mediation.
3    13.    <u>Consent to Magistrate Judge For All Purposes</u>: Plaintiff and Defendant ESC have
4 filed their Consent to Proceed Before a United States Magistrate Judge. Defendants GSH and HCA
5 filed a Declination to Proceed Before a United States Magistrate Judge.
6    14.    <u>Other References</u>: This case is not suitable for reference to binding arbitration, a
7 special master, or the Judicial Panel on Multidistrict Litigation.
8    15.    <u>Narrowing of Issues</u>: Unknown at this time.
9    16.    <u>Expedited Schedule</u>: This case is not appropriate to be handled on an expedited basis
10 with streamlined procedures.
11    17.    <u>Scheduling</u>: Appropriate proposed dates for designation of experts, discovery cutoff,
12 hearing of dispositive motions, pretrial conference, and trial are unknown at this time.
13    18.    <u>Trial</u>: Plaintiff requests a jury trial.  Expected length of trial is unknown at this time.
14    19.    <u>Disclosure of Non-party Interested Entities or Persons</u>: Plaintiff and Defendant ESC
15 have filed their Certifications of Interested Entities or Persons.  Defendants GSH and HCA will file
16 their Certifications of Interested Entities or Persons before the scheduled Initial Case Management
17 Conference.

Dated: November 14, 2007         ADVOCACY CENTER FOR EMPLOYMENT LAW

                                 By:          /s/ Steven P. Cohn
                                    STEVEN P. COHN, ESQ., Attorneys for Plaintiff
                                    FRANK FERREYRA

Dated: November 14, 2007         SIEGEL & LEWITTER

                                 By:          /s/ Jonathan H. Siegel
                                    JONATHAN H. SIEGEL, ESQ., Attorneys for
                                    Defendant ENGINEERS AND SCIENTISTS OF
                                    CALIFORNIA, LOCAL 20, INTERNATIONAL
                                    FEDERATION OF PROFESSIONAL AND
                                    TECHNICAL ENGINEERS, AFL-CIO & CLC

Dated: November 14, 2007         LITTLER MENDELSON

                                 By:          /s/ Neda N. Dal Cielo
                                    NEDA N. DAL CIELO, Attorneys for Defendants
                                    GOOD SAMARITAN HOSPITAL, LP, and HCA,
                                    INC.

**CASE MANAGEMENT ORDER**

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this order. In addition the Court orders:

Dated:_____

Hon. JAMES WARE,
UNITED STATES DISTRICT COURT JUDGE