NEDA N. DAL CIELO, Bar No. 161982
MICHAEL W. WARREN, Bar No. 223642
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
15th Floor
San Jose, CA  95113.2303
Telephone:    408.998.4150

Attorneys for Defendant
GOOD SAMARITAN HOSPITAL, L.P.; AND
HCA, INC. (NAMED AS "HOSPITAL
CORPORATION OF AMERICA, INC.")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANK FERREYRA,<br><br>        Plaintiff,<br><br>    v.<br><br>GOOD SAMARITAN HOSPITAL, A CALIFORNIA LIMITED PARTNERSHIP; HOSPITAL CORPORATION OF AMERICA, INC.; ENGINEERS AND SCIENTISTS OF CALIFORNIA, LOCAL 20, INTERNATIONAL FEDERATION OF PROFESSIONAL AND TECHNICAL ENGINEERS, AFL-CIO & CLC; and DOES 1 through 50, inclusive,,<br><br>        Defendant. | Case No.  CV 07-02581 JW<br><br>**NOTICE OF CHANGE OF ADDRESS** |

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that effective December 17, 2007, the new address (floor change only) of Defendants DHL GOOD SAMARITAN HOSPITAL, L.P.; AND HCA, INC.'S attorneys of record, Neda N. Dal Cielo and Michael W. Warren of Littler Mendelson, is as follows:

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA  95113.2303
408.998.4150

(NO.  CV 07-02581 JW)

Firmwide:83994933.1 022631.1059

**NOTICE OF CHANGE OF ADDRESS**

1   Neda N. Dal Cielo, Esq.
    Michael W. Warren, Esq.
2   Littler Mendelson
    50 West San Fernando Street, 15th Floor
3   San Jose, CA  95113-2431
    Tel:  (408) 998-4150
4   Fax:  (408) 228-5686

5   Dated: January 7, 2008

6

7                                          _____/ s /_____
                                           NEDA N. DAL CIELO
8                                          MICHAEL W. WARREN
                                           LITTLER MENDELSON
9                                          A Professional Corporation
                                           Attorneys for Defendant
10                                         GOOD SAMARITAN HOSPITAL, L.P.; AND
                                           HCA, INC. (NAMED AS "HOSPITAL
11                                         CORPORATION OF AMERICA, INC.")

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA  95113-2303
408.998.4150

(NO.  CV 07-02581 JW)                      2.                    NOTICE OF CHANGE OF ADDRESS

Firmwide:83994933.1 022631.1059