1  
2  **STEVEN P. COHN, ESQ.   Bar No. 96808**
ADVOCACY CENTER FOR EMPLOYMENT LAW
2084 Alameda Way
3  San Jose, California  95126
Telephone:  (408) 557-0300
4  

Attorneys for Plaintiff
5  FRANK FERREYRA

6  

**JONATHAN H. SIEGEL, ESQ. Bar No. 748143**
7  SIEGEL & LEWITTER
1939 Harrison Street, Suite 307
8  Oakland, California  94612
Telephone:  (510) 452-5000
9  

Attorneys for Defendant ENGINEERS AND
10 SCIENTISTS OF CALIFORNIA, LOCAL 20,
INTERNATIONAL FEDERATION OF
11 PROFESSIONAL AND TECHNICAL ENGINEERS,
AFL-CIO & CLC
12 

13 **NEDA N. DAL CIELO, Bar No. 161982**
**MICHAEL W. WARREN, Bar No. 223642**
14 LITTLER MENDELSON
A Professional Corporation
15 50 West San Fernando Street
15th Floor
16 San Jose, CA  95113.2303
Telephone:    408.998.4150
17 

Attorneys for Defendants
18 GOOD SAMARITAN HOSPITAL, L.P.; and HCA,
INC. (named as "HOSPITAL CORPORATION OF
19 AMERICAN, INC.")

20                       UNITED STATES DISTRICT COURT
21                       NORTHERN DISTRICT OF CALIFORNIA
22                                SAN JOSE DIVISION
23  
24  
25  
26  
27  
28  

(NO. C0702581 HRL-JW )          STIPULATION AND [PROPOSED] ORDER
                                SELECTING ADR PROCESS

|   |   |
|---|---|
| FRANK FERREYRA,<br><br>            Plaintiff,<br><br>     v.<br><br>GOOD SAMARITAN HOSPITAL, LP, et al,<br><br>            Defendants. | Case No. C0702581 HRL-JW<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

The parties stipulate to participate in the following ADR process:

**Court Processes**:

___ Arbitration          ___ ENE          _X_ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process**:

___ Private ADR *(please identify process and provider)*

Dated: _____

_____
STEVEN P. COHN
ADVOCACY CENTER FOR EMPLOYMENT LAW
Attorney for Plaintiff

Dated: 1/15/08

_____
JONATHAN H. SIEGEL
SIEGEL & LEWITTER
Attorney for Defendant
ENGINEERS AND
SCIENTISTS OF CALIFORNIA, LOCAL 20,
INTERNATIONAL FEDERATION OF
PROFESSIONAL AND TECHNICAL
ENGINEERS,
AFL-CIO & CLC

Dated: 1/15/08

_____
MICHAEL W. WARREN
LITTLER MENDELSON
Attorney for Defendant
GOOD SAMARITAN HOSPITAL, L.P.; and
HCA, INC. (named as "HOSPITAL
CORPORATION OF AMERICAN, INC.")

| | |
|---|---|
| FRANK FERREYRA,<br><br>    Plaintiff,<br><br>v.<br><br>GOOD SAMARITAN HOSPITAL, LP, et al,<br><br>    Defendants. | Case No. C0702581 HRL-JW<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

The parties stipulate to participate in the following ADR process:

**Court Processes**:

___ Arbitration        ___ ENE        **X** Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

___ Private ADR *(please identify process and provider)*

Dated: 1/16/08

_____
STEVEN P. COHN
ADVOCACY CENTER FOR EMPLOYMENT LAW
Attorney for Plaintiff

Dated: _____

_____
JONATHAN H. SIEGEL
SIEGEL & LEWITTER
Attorney for Defendant
ENGINEERS AND
SCIENTISTS OF CALIFORNIA, LOCAL 20,
INTERNATIONAL FEDERATION OF
PROFESSIONAL AND TECHNICAL
ENGINEERS,
AFL-CIO & CLC

Dated: 1/15/08

_____
MICHAEL W. WARREN
LITTLER MENDELSON
Attorney for Defendant
GOOD SAMARITAN HOSPITAL, L.P.; and
HCA, INC. (named as "HOSPITAL
CORPORATION OF AMERICAN, INC.")

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to mediation.

Deadline for completion of mediation is 90 days from the date of this order.

IT IS SO ORDERED:

Dated: _____            _____
                                                                        UNITED STATES DISTRICT JUDGE