STEVEN P. COHN, ESQ.   Bar No. 96808
ADVOCACY CENTER FOR EMPLOYMENT LAW
2084 Alameda Way
San Jose, California  95126
Telephone:  (408) 557-0300

Attorneys for Plaintiff
FRANK FERREYRA


JONATHAN H. SIEGEL, ESQ. Bar No. 748143
SIEGEL & LEWITTER
1939 Harrison Street, Suite 307
Oakland, California  94612
Telephone:  (510) 452-5000

Attorneys for Defendant ENGINEERS AND
SCIENTISTS OF CALIFORNIA, LOCAL 20,
INTERNATIONAL FEDERATION OF
PROFESSIONAL AND TECHNICAL ENGINEERS,
AFL-CIO & CLC


NEDA N. DAL CIELO, Bar No. 161982
MICHAEL W. WARREN, Bar No. 223642
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
15th Floor
San Jose, CA  95113.2303
Telephone:    408.998.4150

Attorneys for Defendants
GOOD SAMARITAN HOSPITAL, L.P.; and HCA,
INC. (named as "HOSPITAL CORPORATION OF
AMERICAN, INC.")

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

(NO. C0702581 HRL-JW )

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS

|  |  |
|---|---|
| FRANK FERREYRA,<br><br>            Plaintiff,<br><br>v.<br><br>GOOD SAMARITAN HOSPITAL, LP, et al,<br><br>           Defendants. | Case No. C0702581 HRL-JW<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

The parties stipulate to participate in the following ADR process:

**Court Processes**:

___ Arbitration        ___ ENE        _X_ Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process**:

___ Private ADR *(please identify process and provider)*

Dated: _____

_____
STEVEN P. COHN
ADVOCACY CENTER FOR EMPLOYMENT LAW
Attorney for Plaintiff

Dated: 1/15/08

_____
JONATHAN H. SIEGEL
SIEGEL & LEWITTER
Attorney for Defendant
ENGINEERS AND
SCIENTISTS OF CALIFORNIA, LOCAL 20,
INTERNATIONAL FEDERATION OF
PROFESSIONAL AND TECHNICAL
ENGINEERS,
AFL-CIO & CLC

Dated: 1/15/08

_____
MICHAEL W. WARREN
LITTLER MENDELSON
Attorney for Defendant
GOOD SAMARITAN HOSPITAL, L.P.; and
HCA, INC. (named as "HOSPITAL
CORPORATION OF AMERICAN, INC.")

| | |
|---|---|
| FRANK FERREYRA,<br><br>   Plaintiff,<br><br>v.<br><br>GOOD SAMARITAN HOSPITAL, LP, et al,<br><br>   Defendants. | Case No. C0702581 HRL-JW<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

The parties stipulate to participate in the following ADR process:

**Court Processes:**

___ Arbitration     ___ ENE     **X** Mediation

*(To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.)*

**Private Process:**

___ Private ADR *(please identify process and provider)*

Dated: 1/16/08

_____
STEVEN P. COHN
ADVOCACY CENTER FOR EMPLOYMENT LAW
Attorney for Plaintiff

Dated: _____

_____
JONATHAN H. SIEGEL
SIEGEL & LEWITTER
Attorney for Defendant
ENGINEERS AND
SCIENTISTS OF CALIFORNIA, LOCAL 20,
INTERNATIONAL FEDERATION OF
PROFESSIONAL AND TECHNICAL
ENGINEERS,
AFL-CIO & CLC

Dated: 1/15/08

_____
MICHAEL W. WARREN
LITTLER MENDELSON
Attorney for Defendant
GOOD SAMARITAN HOSPITAL, L.P.; and
HCA, INC. (named as "HOSPITAL
CORPORATION OF AMERICAN, INC.")

(NO. C0702581 HRL-JW)     2.     STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

1  XXXXXXXXXX **ORDER**

2  Pursuant to the Stipulation above, the captioned matter is hereby referred to mediation.

3  Deadline for completion of mediation is 90 days from the date of this order.

4

5  IT IS SO ORDERED:

6

7  Dated: _____January 25, 2008_____                            _James Ware_
                                                                UNITED STATES DISTRICT JUDGE