# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Ferreyra, | 07-02581 JW MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Good Samaritan Hospital, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Ellen S. James**
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111-5609
415-982-5267

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-02581 JW MED                                         - 1 -

1   Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.
3
4  Dated: January 29, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-02581 JW MED                              - 2 -