| | |
|---|---|
| **STEVEN P. COHN**, Bar No. 96808<br>ADVOCACY CENTER FOR<br>EMPLOYMENT LAW<br>2084 Alameda Way<br>San Jose, California 95126<br>Telephone: (408) 557-0300<br><br>Attorneys for Plaintiff<br>FRANK FERREYRA | |
| **JONATHAN H. SIEGEL**, Bar No. 748143<br>SIEGEL & LEWITTER<br>1939 Harrison Street, Suite 307<br>Oakland, California 94612<br>Telephone: (510) 452-5000<br><br>Attorneys for Defendant<br>ENGINEERS AND<br>SCIENTISTS OF CALIFORNIA, LOCAL 20,<br>INTERNATIONAL FEDERATION OF<br>PROFESSIONAL AND TECHNICAL<br>ENGINEERS,<br>AFL-CIO & CLC | **NEDA N. DAL CIELO**, Bar No. 161982<br>**MICHAEL W. WARREN**, Bar No. 223642<br>LITTLER MENDELSON<br>A Professional Corporation<br>50 West San Fernando Street<br>15th Floor<br>San Jose, CA 95113.2303<br>Telephone: 408.998.4150<br><br>Attorneys for Defendants<br>GOOD SAMARITAN HOSPITAL, L.P.;<br>AND HCA, INC. (NAMED AS "HOSPITAL<br>CORPORATION OF AMERICA, INC.") |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANK FERREYRA,<br><br>    Plaintiff,<br><br>  v.<br><br>GOOD SAMARITAN HOSPITAL, LP, et al,<br><br>    Defendants. | Case No. C0702581 HRL-JW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO COMPLETE MEDIATION** |

The parties, through their respective counsel, enter into the following stipulation:

  WHEREAS, the Court set April 24, 2008, as the date for the parties to complete mediation of this action;

  WHEREAS, the parties understand that the Court's ADR Department inadvertently delayed

notifying Honorable Ellen James (Ret.) of her appointment as mediator to this case;

WHEREAS, the parties have encountered difficulties scheduling a mediation prior to the April 24, 2008 deadline due to scheduling conflicts between the parties and Judge James;

WHEREAS, the parties agree that additional time is required to engage in a meaningful mediation session; and

WHEREAS, the mediation is currently scheduled to take place on June 4, 2008.

The parties respectfully request and stipulate to a 63-day continuance of the April 24, 2008 deadline to complete mediation of this action. The parties anticipate completing mediation before June 23, 2008.

**IT IS SO STIPULATED.**

Dated: April 21, 2008

/s/
STEVEN P. COHN
ADVOCACY CENTER FOR EMPLOYMENT LAW
Attorney for Plaintiff

Dated: April 21, 2008

/s/
JONATHAN H. SIEGEL
SIEGEL & LEWITTER
Attorney for Defendant
ENGINEERS AND
SCIENTISTS OF CALIFORNIA, LOCAL 20,
INTERNATIONAL FEDERATION OF
PROFESSIONAL AND TECHNICAL
ENGINEERS,
AFL-CIO & CLC

Dated: April 21, 2008

/s/
NEDA N. DAL CIELO
LITTLER MENDELSON
Attorney for Defendants
GOOD SAMARITAN HOSPITAL, L.P.; and
HCA, INC. (named as "HOSPITAL
CORPORATION OF AMERICAN, INC.")

1  Based on the foregoing Stipulation of the parties, and for good cause, IT IS HEREBY
2  ORDERED that the deadline for completion of mediation of this action is extended from April 24,
3  2008 to June 23, 2008.

4

5  **IT IS SO ORDERED.**

6

7  Dated: _____   _____
   HONORABLE JAMES WARE
8  UNITED STATES DISTRICT JUDGE

9

10

11  Firmwide:84686081.1 022631.1059

| (NO. C0702581 HRL-JW ) | 3. | STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO MEDIATE |