1  **STEVEN P. COHN, Bar No. 96808**
   ADVOCACY CENTER FOR
2  EMPLOYMENT LAW
   2084 Alameda Way
3  San Jose, California  95126
   Telephone:  (408) 557-0300
4
   Attorneys for Plaintiff
5  FRANK FERREYRA

6

7  **JONATHAN H. SIEGEL, Bar No. 748143**     **NEDA N. DAL CIELO, Bar No. 161982**
   SIEGEL & LEWITTER                          **MICHAEL W. WARREN, Bar No. 223642**
8  1939 Harrison Street, Suite 307            LITTLER MENDELSON
   Oakland, California  94612                 A Professional Corporation
9  Telephone:  (510) 452-5000                 50 West San Fernando Street
                                              15th Floor
10 Attorneys for Defendant                    San Jose, CA  95113.2303
   ENGINEERS AND                              Telephone:    408.998.4150
11 SCIENTISTS OF CALIFORNIA, LOCAL 20,
   INTERNATIONAL FEDERATION OF                Attorneys for Defendants
12 PROFESSIONAL AND TECHNICAL                 GOOD SAMARITAN HOSPITAL, L.P.;
   ENGINEERS,                                 AND HCA, INC. (NAMED AS "HOSPITAL
13 AFL-CIO & CLC                              CORPORATION OF AMERICA, INC.")

14

15                         UNITED STATES DISTRICT COURT

16                         NORTHERN DISTRICT OF CALIFORNIA

17                                  SAN JOSE DIVISION

18 | FRANK FERREYRA,                          | Case No.  C0702581 HRL-JW
19 |              Plaintiff,                   | **STIPULATION AND [PROPOSED]**
20 |        v.                                 | **ORDER EXTENDING TIME TO COMPLETE MEDIATION**
21 | GOOD SAMARITAN HOSPITAL, LP, et al,       |
22 |                                            |
23 |              Defendants.                   |

24

25 The parties, through their respective counsel, enter into the following stipulation:

26      WHEREAS, the Court set April 24, 2008, as the date for the parties to complete mediation of

27 this action;

28      WHEREAS, the parties understand that the Court's ADR Department inadvertently delayed

(NO. C0702581 HRL-JW )                                STIPULATION AND [PROPOSED] ORDER
                                                      EXTENDING TIME TO MEDIATE

notifying Honorable Ellen James (Ret.) of her appointment as mediator to this case;

WHEREAS, the parties have encountered difficulties scheduling a mediation prior to the April 24, 2008 deadline due to scheduling conflicts between the parties and Judge James;

WHEREAS, the parties agree that additional time is required to engage in a meaningful mediation session; and

WHEREAS, the mediation is currently scheduled to take place on June 4, 2008.

The parties respectfully request and stipulate to a 63-day continuance of the April 24, 2008 deadline to complete mediation of this action. The parties anticipate completing mediation before June 23, 2008.

**IT IS SO STIPULATED.**

Dated: April 21, 2008

/s/
STEVEN P. COHN
ADVOCACY CENTER FOR EMPLOYMENT LAW
Attorney for Plaintiff

Dated: April 21, 2008

/s/
JONATHAN H. SIEGEL
SIEGEL & LEWITTER
Attorney for Defendant
ENGINEERS AND
SCIENTISTS OF CALIFORNIA, LOCAL 20,
INTERNATIONAL FEDERATION OF
PROFESSIONAL AND TECHNICAL
ENGINEERS,
AFL-CIO & CLC

Dated: April 21, 2008

/s/
NEDA N. DAL CIELO
LITTLER MENDELSON
Attorney for Defendants
GOOD SAMARITAN HOSPITAL, L.P.; and
HCA, INC. (named as "HOSPITAL
CORPORATION OF AMERICAN, INC.")

Based on the foregoing Stipulation of the parties, and for good cause, IT IS HEREBY ORDERED that the deadline for completion of mediation of this action is extended from April 24, 2008 to June 23, 2008.

**IT IS SO ORDERED.**

Dated: ___April 23, 2008___                                 _____/s/ James Ware_____
                                                                              HONORABLE JAMES WARE
                                                                              UNITED STATES DISTRICT JUDGE

Firmwide:84686081.1 022631.1059