| | |
|---|---|
| 1 | STEVEN P. COHN, Bar No. 96808 |
| | ADVOCACY CENTER FOR |
| 2 | EMPLOYMENT LAW |
| | 2084 Alameda Way |
| 3 | San Jose, California 95126 |
| | Telephone: (408) 557-0300 |
| 4 | |
| | Attorneys for Plaintiff |
| 5 | FRANK FERREYRA |

| | | |
|---|---|---|
| 7 | JONATHAN H. SIEGEL, Bar No. 748143 | NEDA N. DAL CIELO, Bar No. 161982 |
| | SIEGEL & LEWITTER | MICHAEL W. WARREN, Bar No. 223642 |
| 8 | 1939 Harrison Street, Suite 307 | LITTLER MENDELSON |
| | Oakland, California 94612 | A Professional Corporation |
| 9 | Telephone: (510) 452-5000 | 50 West San Fernando Street |
| | | 15th Floor |
| 10 | Attorneys for Defendant | San Jose, CA 95113.2303 |
| | ENGINEERS AND | Telephone: 408.998.4150 |
| 11 | SCIENTISTS OF CALIFORNIA, LOCAL 20, | |
| | INTERNATIONAL FEDERATION OF | Attorneys for Defendants |
| 12 | PROFESSIONAL AND TECHNICAL | GOOD SAMARITAN HOSPITAL, L.P.; |
| | ENGINEERS, | AND HCA, INC. (NAMED AS "HOSPITAL |
| 13 | AFL-CIO & CLC | CORPORATION OF AMERICA, INC.") |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANK FERREYRA, | Case No. C0702581 HRL-JW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULING ORDER REGULATING DISCOVERY AND OTHER PRETRIAL PROCEEDINGS |
| v. | |
| GOOD SAMARITAN HOSPITAL, LP, et al, | |
| Defendants. | |

The parties, through their respective counsel, enter into the following stipulation:

WHEREAS, the parties mutually agreed to suspend discovery beyond initial disclosures pending the completion of mediation with the Honorable Ellen James (Ret.);

WHEREAS, the parties understand that the Court's ADR Department inadvertently delayed

(NO. C0702581 HRL-JW )    STIPULATION AND ORDER AMENDING SCHEDULING ORDER

1  notifying Judge James of her appointment as mediator to this case;

2      WHEREAS, as a consequence the completion of mediation has been delayed and is currently
3  scheduled for August 19, 2008; and

4      WHEREAS, the parties agree that additional time is required to engage in meaningful
5  discovery and to file dispositive motions in the event the case does not settle on August 19, 2008.

6

7      The parties hereby stipulate and agree as follows:

8      1. To respectfully request the Court to continue the discovery cut-off previously
9  scheduled for July 28, 2008, to October 27, 2008.

10     2. To respectfully request the Court to continue the Last Date for Hearing
11 Dispositive Motions from September 29, 2008, to December 5, 2008.

12     3. To respectfully request the Court to continue the Preliminary Pretrial
13 Conference from December 1, 2008, to February 2, 2009; and

14     4. To respectfully request the Court to continue the date to file Preliminary
15 Pretrial Conference Statements from November 21, 2008, to January 23, 2009.

16 **IT IS SO STIPULATED.**

17

18 Dated: July 23, 2008      /s/
19     STEVEN P. COHN
    ADVOCACY CENTER FOR EMPLOYMENT LAW
20     Attorney for Plaintiff

21

22 Dated: July 23, 2008      /s/
23     JONATHAN H. SIEGEL
    SIEGEL & LEWITTER
24     Attorney for Defendant
    ENGINEERS AND
25     SCIENTISTS OF CALIFORNIA, LOCAL 20,
    INTERNATIONAL FEDERATION OF
26     PROFESSIONAL AND TECHNICAL
    ENGINEERS,
27     AFL-CIO & CLC

28

(NO. C0702581 HRL-JW)      2.      STIPULATION AND ORDER AMENDING SCHEDULING ORDER

| | |
|---|---|
| 1  Dated: July 23, 2008 | /s/ |
| 2 | MICHAEL W. WARREN |
|   | LITTLER MENDELSON |
| 3 | Attorney for Defendants |
|   | GOOD SAMARITAN HOSPITAL, L.P.; and |
| 4 | HCA, INC. (named as "HOSPITAL CORPORATION OF AMERICAN, INC.") |

### ORDER

Based on the foregoing Stipulation of the parties, and for good cause, IT IS HEREBY ORDERED that the deadline to complete discovery previously scheduled for July 28, 2008, is extended to October 27, 2008; the deadline to hear dispositive motions previously scheduled for September 29, 2008, is extended to December 5, 2008; the date to file Preliminary Pretrial Conference Statements previously scheduled for November 21, 2008, is moved to January 23, 2009; and the date of the Preliminary Pretrial Conference previously scheduled for December 1, 2008, is continued to February 2, 2009.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

Firmwide:85968347.1 022631.1059

(NO. C0702581 HRL-JW )   3.   STIPULATION AND ORDER AMENDING SCHEDULING ORDER