*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*
*7/30/2008*

1  STEVEN P. COHN, Bar No. 96808
   ADVOCACY CENTER FOR
2  EMPLOYMENT LAW
   2084 Alameda Way
3  San Jose, California  95126
   Telephone: (408) 557-0300
4
   Attorneys for Plaintiff
5  FRANK FERREYRA

6
   JONATHAN H. SIEGEL, Bar No. 748143      NEDA N. DAL CIELO, Bar No. 161982
7  SIEGEL & LEWITTER                        MICHAEL W. WARREN, Bar No. 223642
   1939 Harrison Street, Suite 307          LITTLER MENDELSON
8  Oakland, California  94612               A Professional Corporation
   Telephone: (510) 452-5000                50 West San Fernando Street
9                                           15th Floor
   Attorneys for Defendant                  San Jose, CA  95113.2303
10 ENGINEERS AND                            Telephone:   408.998.4150
   SCIENTISTS OF CALIFORNIA, LOCAL 20,
11 INTERNATIONAL FEDERATION OF              Attorneys for Defendants
   PROFESSIONAL AND TECHNICAL               GOOD SAMARITAN HOSPITAL, L.P.;
12 ENGINEERS,                               AND HCA, INC. (NAMED AS "HOSPITAL
   AFL-CIO & CLC                            CORPORATION OF AMERICA, INC.")
13

14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                          SAN JOSE DIVISION

18 FRANK FERREYRA,                          Case No.  C0702581 HRL-JW

19           Plaintiff,                     STIPULATION AND [PROPOSED]
                                            ORDER AMENDING SCHEDULING
20    v.                                    ORDER REGULATING DISCOVERY AND
                                            OTHER PRETRIAL PROCEEDINGS
21 GOOD SAMARITAN HOSPITAL, LP, et
   al,
22

23           Defendants.

24

25 The parties, through their respective counsel, enter into the following stipulation:

26     WHEREAS, the parties mutually agreed to suspend discovery beyond initial disclosures

27 pending the completion of mediation with the Honorable Ellen James (Ret.);

28     WHEREAS, the parties understand that the Court's ADR Department inadvertently delayed

                                                    STIPULATION AND ORDER AMENDING
(NO. C0702581 HRL-JW )                              SCHEDULING ORDER

1  notifying Judge James of her appointment as mediator to this case;

2  WHEREAS, as a consequence the completion of mediation has been delayed and is currently
3  scheduled for August 19, 2008; and

4  WHEREAS, the parties agree that additional time is required to engage in meaningful
5  discovery and to file dispositive motions in the event the case does not settle on August 19, 2008.

7  The parties hereby stipulate and agree as follows:

8  1.  To respectfully request the Court to continue the discovery cut-off previously
9  scheduled for July 28, 2008, to October 27, 2008.

10  2.  To respectfully request the Court to continue the Last Date for Hearing
11  Dispositive Motions from September 29, 2008, to December 5, 2008.

12  3.  To respectfully request the Court to continue the Preliminary Pretrial
13  Conference from December 1, 2008, to February 2, 2009; and

14  4.  To respectfully request the Court to continue the date to file Preliminary
15  Pretrial Conference Statements from November 21, 2008, to January 23, 2009.

16  **IT IS SO STIPULATED.**

18  Dated: July 23, 2008

/s/
STEVEN P. COHN
ADVOCACY CENTER FOR EMPLOYMENT LAW
Attorney for Plaintiff

22  Dated: July 23, 2008

/s/
JONATHAN H. SIEGEL
SIEGEL & LEWITTER
Attorney for Defendant
ENGINEERS AND
SCIENTISTS OF CALIFORNIA, LOCAL 20,
INTERNATIONAL FEDERATION OF
PROFESSIONAL AND TECHNICAL
ENGINEERS,
AFL-CIO & CLC

(NO. C0702581 HRL-JW )    2.    STIPULATION AND ORDER AMENDING SCHEDULING ORDER

Dated: July 23, 2008

/s/
MICHAEL W. WARREN
LITTLER MENDELSON
Attorney for Defendants
GOOD SAMARITAN HOSPITAL, L.P.; and
HCA, INC. (named as "HOSPITAL
CORPORATION OF AMERICAN, INC.")

## ORDER AS MODIFIED

Based on the foregoing Stipulation of the parties, and for good cause, IT IS HEREBY ORDERED that the deadline to complete discovery previously scheduled for July 28, 2008, is extended to October 27, 2008; the deadline to hear dispositive motions previously scheduled for September 29, 2008, is extended to December 5, 2008; the date to file Preliminary Pretrial Conference Statements previously scheduled for November 21, 2008, is moved to **September 19, 2008** and the date of the Preliminary Pretrial Conference previously scheduled for December 1, 2008, is continued to **September 29, 2008 at 11:00 AM**.

**IT IS SO ORDERED.**

Dated: July 30, 2008

_____
HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

Firmwide:85968347.1 022631.1059

(NO. C0702581 HRL-JW)   3.   STIPULATION AND ORDER AMENDING SCHEDULING ORDER