|   |   |
|---|---|
|   | **FILED**<br>AUG 2 1 2008<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>E-filing |

**UNITED STATES DISTRICT COURT**

**Northern District of California**

| Ferreyra, | No. C 07-02581 JW MED |
|---|---|
| Plaintiff(s), | **Certification of ADR Session** |
| v. |   |
| Good Samaritan Hospital, |   |
| Defendant(s). |   |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☐ ENE session on (date) __8/19/08__

2. Did the case settle?  ☒ fully   ☐ partially   ☐ no

3. If the case did not settle fully, is any follow-up contemplated?
   ☐ another session scheduled for (date) __Ø__
   ☐ phone discussions expected by (date) __Ø__
   ☐ no

4. IS THIS ADR PROCESS COMPLETED?   ☒ YES   ☐ NO

Dated: __8/21/08__

Mediator, Ellen S. James
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111-5609

Certification of ADR Session
07-02581 JW MED