12/23/2008  10:47  15104525004                    (FAX)15104525004              P.002/003

STEVEN P. COHN, ESQ.  SBN 96808
ADVOCACY CENTER FOR EMPLOYMENT LAW
2084 Alameda Way
San Jose, California 95126
Telephone: (408) 557-0300

Attorneys for Plaintiff
FRANK FERREYRA

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| FRANK FERREYRA,<br><br>    Plaintiff,<br><br>vs.<br><br>GOOD SAMARITAN HOSPITAL, LP, et al,<br><br>    Defendants | Case No. C0702581 HRL-JW<br><br>STIPULATION TO DISMISS CASE AND ~~PROPOSED~~ ORDER |

IT IS HEREBY STIPULATED by and between the parties hereto and their respective counsel that this case be dismissed with prejudice.

Dated: December 22, 2008                ADVOCACY CENTER FOR
                                        EMPLOYMENT LAW

                                        By: _____
                                        STEVEN P. COHN, ESQ., Attorneys for
                                        Plaintiff, FRANK FERREYRA

Dated: December 22, 2008                SIEGEL & LEWITTER

                                        By: _____
                                        JONATHAN H. SIEGEL, ESQ., Attorneys
                                        For Defendant, ESC LOCAL 20

FRANK FERREYRA STIPULATION TO DISMISS CASE AND PROPOSED ORDER- 1

Dated: December 22, 2008

LITTLER MENDELSON, P.C.

By: _____
MICHAEL WARREN, ESQ., Attorneys for
Defendant, GOOD SAMARITAN
HOSPITAL, and HCA, Inc.

~~(PROPOSED)~~ **ORDER**

Having considered the foregoing stipulation,

IT IS HEREBY ORDERED that the above-entitled action be, and hereby is, dismissed with prejudice.

Each party shall bear their own fees and costs. The Clerk shall close this file.

Dated: January 8, 2009

_____
JAMES WARE
United States District Judge

FRANK FERREYRA STIPULATION TO DISMISS CASE AND PROPOSED ORDER- 2